IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DASAY HOLLINQUEST,

    Plaintiff,

v.

STUART YOUNG, et al.,

    Defendants.

Case No. 6:21-cv-00894-AC

JUDGMENT

IMMERGUT, J.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed, without prejudice. The Court certifies that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

    DATED this 14th day of October, 2021.

Karin J. Immergut
United States District Judge